In the Matter of the General Assignment of L. CHRISTIAN MEYER.

(Argued January 21, 1887 ; decided February 18, 1887.)

*L. Ruser* for appellant.

*Z. W. Larned* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.